# Court of Appeals
# of the State of Georgia

ATLANTA,  September 29, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0017.  WILLIE BILL MAYBERRY, JR. v. STEPHANIE J. BRIGHT.**

Applicant Willie Bill Mayberry, Jr.'s motion for extension of time to file a discretionary application from the trial court's September 8, 2023 Order is GRANTED. Mayberry shall have until November 7, 2023, in which to file his application. No further extension will be granted.[1]

Mayberry should include a copy of this order in the application materials when he files his discretionary application.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/29/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] See OCGA § 5-6-39 (c).